564 U.S. 1001, 131 S. Ct. 2998, 180 L. Ed. 2d 819, 2011 U.S. LEXIS 4425.

June 13, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in non-criminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

**No. 10-10027. Gary Lee Wheeler, Petitioner v. Florida.**

564 U.S. 1002, 131 S. Ct. 2997, 180 L. Ed. 2d 819, 2011 U.S. LEXIS 4548.

June 13, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in non-criminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance

with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

Same case below, 53 So. 3d 238.

**No. 10-10207. Jason Williams, Petitioner v. Guy Pierce, Warden.**

564 U.S. 1002, 131 S. Ct. 3002, 180 L. Ed. 2d 819, 2011 U.S. LEXIS 4471.

June 13, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit dismissed. See Rule 39.8.